UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT GAULIN, Plaintiff, | ) | CA 07 165 |
| v. | ) | DOCKET NO: |
| PENN-AMERICA INSURANCE GROUP, INC. Defendant. | ) | |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that defendant Penn-America Insurance Group, Inc., ("Penn-America") with full reservation of all defenses, hereby removes this civil action from the Superior Court of Providence County, Rhode Island, to the United States District Court for the District of Rhode Island. As grounds for its Notice of Removal, Defendant shows the Court:

1. This lawsuit is a civil action within the meaning of 28 U.S.C. §§ 1441(a) & 1446(b) on removal of cases to the district courts of the United States.

2. In this action, in or about April 26, 2007, plaintiff Robert Gaulin ("Gaulin") filed a Declaratory Judgment Complaint in the Superior Court of Providence County, Rhode Island, alleging breach of an insurance contract, policy # PAC 6204469, that Gaulin had with Penn-America. Gaulin alleges that said policy was for liability coverage of Gaulin's realty in Lincoln, RI (Tab A, Compl., para. 7); that Gaulin rented that premises to Lee Ann Beausoleil and Ronny Beausoleil (para. 8); that while the policy was in effect the Beausoleil's minor child was injured (para. 9); and that as a result of the injury to their minor child, the Beauosoleil's have brought suit against Gaulin (para. 11). The Beausoleil complaint alleges that their minor

child was injured due to lead hazards at the Gaulin's property. (Tab B, Beausoleil complaint in underlying case).

3. In the underlying case, the Beausoleils allege that their minor child was lead poisoned with a lead level of 37 ug/dl; that they have noticed a change in the behavior of their son since his lead poisoning; he has memory problems; and they do not know the full extent of their child's cognitive problems. (Tab C, letter from Beausoleil's counsel).

4. Gaulin's insurance contract with Penn-America, policy # PAC 6204469, that is at issue in this Declaratory Judgment action has an each occurrence limit of $300,000.

5. On information and belief, Penn-America's agent in Rhode Island was served on or about May 4, 2007, and the summons and complaint were then Federal Expressed to Penn-America, which received the summons and complaint on May 7, 2007.

6. Because the thirtieth day after receipt by the defendant of the initial pleading setting forth Gaulin's claims for relief is June 4, 2007, filing of this Notice of Removal before June 4th is timely pursuant to 28 U.S.C. § 1446(b) and FED. R. CIV. P. 6(A).

7. Upon information and belief, plaintiff Gaulin is, and at all relevant times was, a citizen and resident of the State of Rhode Island. (Tab A, Compl., para. 1).

8. Penn-America is a citizen of Pennsylvania. Penn-America is, and at the time of the institution of this case was, a corporation organized and existing under the laws of the State of Pennsylvania, and having its principal place of business in Pennsylvania. Gaulin's Declaratory Judgment action alleges that Penn-America is "an out-of-state insurance company." (Tab A, Compl., para. 2).

9. Complete diversity of citizenship therefore exists between Gaulin and Penn-America.

10. The amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, as the subject insurance contract has an each occurrence limit of $300,000, and the underlying Beausoleil claim is one of memory, cognitive, and other problems to their minor child as a result of lead poisoning.

11. Hence, this is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1332(a), it is removable pursuant to 28 U.S.C. §§ 1441 (a) & 1446(b), and this court may issue a Declaratory Judgment pursuant to the provisions of 28 U.S.C. § 2201 .

* * *

12. In sum, complete diversity of citizenship exists; the amount in controversy exceeds $75,000; and this Notice of Removal is timely. Removal is therefore authorized by 28 U.S.C. § 1441.

PENN-AMERICA INSURANCE GROUP,
By its attorneys,
MORRISON MAHONEY LLP,

Paul V. Sullivan (#5712)
121 South Main Street, Suite 600
Providence, RI 02903
Tel: (401) 331-4660
Fax: (401) 351-4420

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of May 2007, I served a copy of the foregoing Notice of Filing Notice of Removal to the United States District Court , by regular U.S. mail, postage prepaid, to:

Edward John Mulligan, Esq.
1220 Pontiac Avenue
Cranston, RI 02820

Christine M Montgomery



635318v1