*Edward John Mulligan*, #0143
1220 Pontiac Avenue
Cranston, R.I. 02820

Attorney for Plaintiff

STATE OF RHODE ISLAND

PROVIDENCE, SC. SUPERIOR COURT

ROBERT GAULIN
Plaintiff,

vs.

PENN-AMERICA GROUP, INC.
a/k/a Penn-America Insurance Company,
and Penn-Star Insurance Company, alias
DOE INSURANCE COMPANY,
Defendant

P C. A NO.: 07-2148

COMPLAINT AND JURY DEMAND FOR DECLARATORY JUDGMENT AND DAMAGES AND OTHER RELIEF

**COMPLAINT AND JURY DEMAND FOR DECLARATORY JUDGMENT**

**AND DAMAGES AND OTHER RELIEF**

COMES NOW the plaintiff, ROBERT GAULIN, who, by and through his attorney (s), files this Complaint for Declaratory Judgment and for such other relief, as the circumstances deem mete against the defendant, Penn-America Group, a/k/a and alias, a foreign insurance company doing business in Rhode Island, as follows:

*Parties:*

1. Plaintiff is a resident of Providence County and State of Rhode Island

2. Defendant Penn-America Group, Inc., (Penn-America) alias, is an out-of-state insurance company, doing business in Rhode Island.

3. Plaintiff is an assured under a policy of insurance issued to him by defendant, and said policy is/was designated as policy number PAC 6204469

*Jurisdiction:*

4. Jurisdiction is properly with this court under R.I. G. L. § 8-2-14, as the amount in controversy exceeds the required jurisdictional amount and/or is brought under the Declaratory Judgment Statute, R.I. G. L. § 9-30-1.

*Venue:*

5. Venue lies with this court under R.I. G. L. § 9-4-3, inasmuch as the plaintiff is a resident of Providence County and/or the underlying action out of which this action lies is a pending suit before the Providence County Superior court, captioned *LEE ANN BEAUSOLEIL and RONNY BEAUSOLEIL Individually and as Parents, Natural Guardians, and Next-of-Friend to their minor child, JEREMY BEAUSOLEIL* Plaintiffs, v. *ROBERT J. GAULIN*, defendant, docket number P. C.A. No. : 06-4333.

*Factual Background:*

6. Plaintiff is the named insured said under a policy of insurance issued to him by defendant Penn-America policy number PAC 6204469, which was in effect at all times material, and which policy was obtained by Coe-Hosford, Inc. ("Coe-Hosford") as agent and/or representative for Penn-America, for plaintiff.

7. Said policy was for the liability coverage of his plaintiff's realty in Lincoln, Rhode Island f for the period involved in said underlying action.

8. Plaintiff, according to said underlying complaint rented the premises to said Lee Ann Beausoleil and Ronny Beausoleil

9. While the policy was in effect, said Lee Ann Beausoleil and Ronny Beausoleill assert that during the period of said tenancy (and while said policy was in effect) their minor child was injured as a result of plaintiff's negligence, and the negligent condition of said premise and the existence of lead paint.

10. Due notice of said claim was made by plaintiff to defendant.

11. As a result of said claimed negligence and negligent condition etc., Lee Ann Beausoleil and Ronny Beausoleil (hereinafter "Beausoleil") have brought suit against the plaintiff, for and in their behalf and in behalf of their minor child, before this court in the above captioned case.

12. Plaintiff has filed an Answer denying said claim and/or claims.

13. Plaintiff in addition to giving timely notice of this alleged incident has also given timely notice to defendant for this pending cause of action.

14. Defendant has refused to honor its obligations under said insurance policy and claims no coverage and no obligation of defense, in fact, defendant has also refused to provide a defense to said cause of action.

*Count for Relief:*

15.. Defendant owes a duty to plaintiff to exercise good faith in handling the claim against him for said alleged incident.

16. Defendant owes the plaintiff a good faith duty to provide him a defense in this matter.

18. As a result of said refusal to honor its contract with plaintiff and to provide him with a defense in this matter, plaintiff has had to seek protection of counsel, and file an Answer to said underlying claim and/or claims.

19. Plaintiff's counsel had filed representation of plaintiff in said matter and defendant was again called upon to honor its contract with plaintiff and to provide a defense, which it continues to refuse to do.

20 Defendant was and continues to be in breach of its duties owed to Plaintiff in this matter.

21. Defendant, having been and continuing to be in breach of its duties to plaintiff, was, and continues to be, obligated to provide plaintiff independent counsel and pay for said counsel in connection with this matter, which it refuses to do.

22. Defendant is in violation of its duties, and it has been and continues to be adversarial to the plaintiff and his interests.

23. Said act and/or actions by defendant violate R.I. G. L. § 27-29-1 *et. seq.*

23. Said conduct on the part of defendant warrants imposition of punitive and/or exemplary damages.

WHEREFORE, would pray the court declare that said insurance policy is in full force and effect regarding said claimed injuries and causes of action; that the defendant is in breach of its duties under said insurance policy; that defendant is obligated to pay and/or reimburse plaintiff for all counsel fees in this matter; and award him counsel fees, costs, punitive and/or exemplary damages, all with interest and costs, and such other relief as may be deemed mete.

Claim of Jury.

Torres would claim a jury trial on all issues of fact in connection with said Complaint for Declaratory Judgment and all claimed damages.

DATED : THIS 26 DAY APRIL , 2007

*Edward John Mulligan*, #0143
1220 Pontiac Avenue
Cranston, R.I. 02820
Tel (401) 944-5820
Fax (401) 944-5823
e-mail: ejmull@ cox.net