MotleyRice

January 21, 2005

Mr. Mark Hosford
Coe-Hosford Agency
2740 Pawtucket Avenue
East Providence, RI 02914

**RE: Lee Ann and Robert Beausoleil**
**Your insured- Robert J. Gaulin**
**Property- 1598 Lonsdale Avenue, Lincoln, RI**

Dear Mr. Hosford:

We have been informed by your insured, Robert J. Gaulin, that his property is insured through your agency.

Our clients, Mr. & Mrs. Beausoleil, moved into the property at 1598 Lonsdale Avenue, Lincoln, RI in approximately March, 2001.

On August 30, 2001, their son, Redacted was lead poisoned with a blood lead level of 37 ug/dl.

On October 2, 2001 a lead inspection was performed and damaged and chipping lead paint was found.

A Notice of Violation was sent to your insured on October 19, 2001. A Second Notice of Violation was sent on February 13, 2002.

Mr. and Mrs. Beausoleil noticed a change in the behavior of their son since his lead poisoning. He has become very active. He has memory problems. Unfortunately, we will not know the full extent of his cognitive injuries until Jeremy undergoes a neuropsychological exam.

MotleyRice

Mark Hosford
Page 2
January 21, 2005

Please be advised that I am still investigating this matter. When I obtain more information, I will forward it to you. In the meantime, please advise me as to the relevant dates and liability limits of the policy in question.

Thank you for your attention to this matter.

Very truly yours,

Vincent L. Greene
VLG:msm

Motley Rice, LLC
Attorneys at Law

Providence
321 South Main St
P.O. Box 6067
Providence, RI 02940
401-457-7700
401-457-7708 fax

Mt. Pleasant
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465
843-216-9000
843-216-9450 fax

Barnwell
1750 Jackson St.
P.O. Box 365
Barnwell, SC 29812
803-224-8800
803-259-7048 fax

New Orleans
9701 Lake Forest Blvd
New Orleans, LA 70127
504-245-1612
504-245-1876 fax

Hartford
One Corporate Center
20 Church St., 17th Floor
Hartford, CT 06103
860-882-1681
[illegible] fax