STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2007-2148 ROBERT GAULIN V PENN-AMERICA GROUP INC

Filing Date: 04-26-2007
Case Status: UNASSIGNED

Case Type: DECLARATORY JUDGMENT
Status Date: 04-26-2007

Plaintiff: ROBERT GAULIN
ID: @10902536

Attorney: EDWARD MULLIGAN

Defendant: PENN AMERICA GROUP INC
ID: @10902537

Defendant: PENN AMERICA INSURANCE COMPANY
ID: @10902538

Defendant: PENN STAR INSURANCE COMPANY
ID: @10902539

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 04-26-2007 | COMPLAINT FILED | |
| 04-26-2007 | INITIAL FILING FEE | |
| 04-26-2007 | Payment Applied | A Payment of -$160.00 was made on receipt SCP247547. |
| 05-09-2007 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: PENN AMERICA GROUP INC |
| 05-11-2007 | NOTICE OF REMOVAL | |
| 05-11-2007 | CASE REMVD TO US DISTRICT CT | US DISTRICT COURT # 07-0165 |

rue Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island