UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT GAULIN,<br>Plaintiff, | ) | |
| v. | ) | DOCKET NO: 07-0165 ML |
| PENN-AMERICA INSURANCE GROUP, INC.<br>Defendant. | ) | |

**DEFENDANT PENN-AMERICA INSURANCE GROUP'S ANSWER TO PLAINTIFF'S DECLARATORY JUDGMENT COMPLAINT**

1. Admitted.

2. Denied as stated. Penn-America Insurance Group, Inc. ("Penn-America") admits only that it is an out-of-state corporation with a principal place of business in Pennsylvania.

3. Penn-America neither admits nor denies the allegations contained in this paragraph, and leaves the plaintiff to his proof thereof.

4. Penn-America neither admits nor denies the allegations contained in this paragraph, and leaves the plaintiff to his proof thereof.

5. Penn-America neither admits nor denies the allegations contained in this paragraph, and leaves the plaintiff to his proof thereof.

**Factual Background**

6. Admitted only that Robert Gaulin is the named insured on Penn-America policy #6204469. Penn-America neither admits nor denies the remaining allegations contained in this paragraph, and leaves the plaintiff to his proof thereof.

7. Penn-America neither admits nor denies the allegations contained in this paragraph, and leaves the plaintiff to his proof thereof.

8. Penn-America neither admits nor denies the allegations contained in this paragraph, and leaves the plaintiff to his proof thereof.

9. Denied as stated. Penn-America admits only that the Beausoleil's have filed a lawsuit against Robert Gaulin as a result of alleged lead poisoning to their minor child.

10. Penn-America neither admits nor denies the allegations contained in this paragraph, and leaves the plaintiff to his proof thereof.

11. Denied as stated. Penn-America admits only that the Beausoleil's have filed a lawsuit against Robert Gaulin as a result of alleged lead poisoning to their minor child.

12. Penn-America neither admits nor denies the allegations contained in this paragraph, and leaves the plaintiff to his proof thereof.

13. Denied.

14. Denied.

**Count For Relief**

15. The allegations contained in this paragraph are a legal statement, to which no response is required. To the extent any allegations in this paragraph require a response, said allegations are denied.

16. Denied.

18. *[misnumbered in original]* Denied.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

23. *[misnumbered in original]* Denied.

FIRST AFFIRMATIVE DEFENSE

Plaintiff's complaint fails, in whole or part, to state a claim upon which relief may be granted.

## JURY DEMAND

Defendant Penn-America demands trial by jury on all claims so triable.

PENN-AMERICA INSURANCE
GROUP, INC.
By its attorneys,
MORRISON MAHONEY LLP,

/ s/ Paul Sullivan

Paul V. Sullivan (#5712)
121 South Main Street, Suite 600
Providence, RI 02903
Tel: (401) 331-4660
Fax: (401) 351-4420
pvsullivan@morrisonmahoney.com

## CERTIFICATE OF SERVICE

I hereby certify that an exact copy of the within document was electronically mailed to the Electronic Case Filing system of the Unite States District Court for its distribution to all counsel of record, this 11th day of May, 2007.

/ s / Paul Sullivan

Paul V. Sullivan