UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT GAULIN,<br>Plaintiff,<br><br>v.<br><br>PENN-AMERICA INSURANCE GROUP, INC.,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | DOCKET NO: 07-0165 ML |

**CORPORATE DISCLOSURE STATEMENT**
**OF PENN-AMERICA INSURANCE GROUP, INC. (*mis-identified*)**

Pursuant to Fed. R. Civ. P. 7.1, defendant Penn-America Insurance Group, Inc. (mis-identified), makes the following corporate disclosure statement:

1. There is no legal entity named "Penn-America Insurance Group, Inc." Penn-America Insurance Company is a subsidiary of Penn-America Group, Inc., which in turn is an indirect subsidiary of United America Indemnity, Ltd.

2. United America Indemnity, Ltd., is publicly traded on the NASDAQ National Market.

PENN-AMERICA INSURANCE
GROUP, INC. (*mis-identified*),
By its attorneys,
MORRISON MAHONEY LLP,

/ s/ Paul Sullivan

Paul V. Sullivan (#5712)
121 South Main Street, Suite 600
Providence, RI 02903
Tel: (401) 331-4660
Fax: (401) 351-4420
pvsullivan@morrisonmahoney.com

**CERTIFICATE OF SERVICE**

I hereby certify that an exact copy of the within document was electronically mailed to the Electronic Case Filing system of the Unite States District Court for its distribution to all counsel of record, this 16th of May, 2007.

/ s / Paul Sullivan
________________________________
Paul V. Sullivan