UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT GAULIN, Plaintiff, | ) | |
| v. | ) | DOCKET NO: 07-0165 ML |
| PENN-AMERICA INSURANCE GROUP, INC., Defendant. | ) | |

**PENN-AMERICA INSURANCE GROUP, INC.'S (mis-identified)**
**MOTION FOR SUMMARY JUDGMENT**

Defendant Penn-America Insurance Group, Inc., moves for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. In support of this motion, defendant Penn-America states that Plaintiff Robert Gaulin was insured with Penn-America under commercial general liability policy # PAC 6204469, which contained a lead contamination exclusion. In an underlying complaint, the Beausoleils sued Robert Gaulin in Providence County Superior Court, alleging injury due to lead located at premises that Gaulin owned, and also claiming punitive damages. Penn-America's commercial general liability policy # PAC 6204469 contains a Lead Contamination Exclusion (S2033, 2/94), and a Punitive Damages Exclusion (S2002, 2/95).

Wherefore, Defendant Penn-America requests this court grant summary judgment on all claims against it in this matter, and declare that Penn-America, under policy #PAC 6204469, and predecessor policy # PAC 6164376 (which contains the same exclusions):

(1) owes no duty of defense or indemnification to Robert Gaulin and Muriel Gaulin for the claims of the Beausoleils in their underlying complaint;

(2) there is no coverage for the claims of the Beausoleils under the referenced Penn-America policies;

(3) Penn-America, in denying coverage for the Beausoleils claims, has not breached its contract with the Gaulins; and,

(4) any other relief the court deems necessary to terminate this declaratory judgment action that Gaulin has filed, as Penn-America has correctly denied coverage in this matter.

PENN-AMERICA INSURANCE
GROUP, INC. (*mis-identified),*
By its attorneys,
MORRISON MAHONEY LLP,

/ s/ Paul Sullivan

Paul V. Sullivan (#5712)
121 South Main Street, Suite 600
Providence, RI 02903
Tel: (401) 331-4660
Fax: (401) 351-4420
pvsullivan@morrisonmahoney.com

## CERTIFICATE OF SERVICE

I hereby certify that an exact copy of the within document was electronically mailed to the Electronic Case Filing system of the Unite States District Court for its distribution to all counsel of record, this of 21st day of October, 2007.

/ s / Paul Sullivan

Paul V. Sullivan