# EXHIBIT 4:
# Fax dated 1-23-07

# Fax Cover Sheet

1220 Pontiac Avenue, Suite 303
Cranston, R.I. 02920
Tel (401) 944-5820
Fax (401) 944-5823
e-mail: ejmull @ cox. net

| Send to: **Penn-America** | **From: Edward John Mulligan** |
|---|---|
| Attention: **Larry Wastle, Litigation Claims** | Date: Tuesday, January 23, 2007 |
| Office Location: Hatboro, Pa | Office Location: Cranston, R.I. |
| Fax Number: 215-443-3604 | Phone Number: (401) 944-5820 |

Total pages, 10 including cover.

Your Assured: Robert Gaulin of East Providence, R.I.
Your Ins. Agent: Coe-Hosford Agency of East Providence, R.I.
Claim No.: 013805
Policy No.: PAC 6204469
Claimant: Lee & Ronny Beausoleil parents of Jeremy Beausoleil
Type Claim: Lead Paint Injury at 1598 Lonsdale Ave., Lincoln, R.I.

**Comments:**

Dear Penn-America Ins. Co.

Please find copy of Complaint and summons for the above matter, which was filed with the Providence Superior Court, No. 06-4333 by plaintiff's attorney, Vincent Greene of Motley & Rice, 321 South Main St., Providence, R.I. Tel (401) 457-7700. Your agent was appraised of the Complaint on Sept. 11, 2006.

In today's mail, I received a letter from plaintiff's attorney, advising that the Complaint has yet to be answered. I have placed a call to him in this regard.

PLEASE FILE AN ANSWER FORTHWITH.

cc: Robert J. Gaulin
Mark Hosford of Coe-Hosford
Vincent Greene, Esq.
Joseph M. DiGianfilippo, Esq.

Edward John Mulligan