# EXHIBIT 5:
# Coverage denial letter dated 2-26-07

UnitedAmerica Insurance Group

To be scan

Three Bala Plaza East
Suite 300
Bala Cynwyd, PA 19004
P: 610.664.1500
F: 610.660.8882

Robert McWilliams
Direct Line: (610) 660-5462
Fax No.: 800/882-6435
mcwilliams@penn-america.com

Member Companies
Penn-America Group
Penn-America Insurance Company
Penn-Star Insurance Company
Penn-Patriot Insurance Company

United National Group
United National Insurance Company*
Diamond State Insurance Company*
United National Specialty Insurance Company*
United National Casualty Insurance Company*

A member of UnitedAmerica Indemnity, Ltd.

February 26, 2007

**UPS GROUND AND FIRST CLASS MAIL**

Muriel Gaulin & Robert J. Gaulin
c/o of Robert J. Gaulin
2937 Pawtucket Ave.
E. Providence, RI 02925

| | | |
|---|---|---|
| **Re:** | **Claim Number:** | **115243-RM** |
| | **Our Insured:** | **Muriel Gaulin & Robert J. Gaulin** |
| | **Date of Loss:** | **8/30/01 & Ongoing** |
| | **Claimant:** | **Jeremy Beausoleil** |
| | **Policy Number:** | **PAC 6164376 & PAC 6204469** |

Dear Policyholder:

Please be advised that Penn-America Insurance Company insured Muriel Gaulin & Robert J. Gaulin under Policies PAC 6164376 effective August 4, 2000 to August 4, 2001, and PAC 6204469 effective August 4, 2001 to August 4, 2002. Both policies provided commercial general liability coverage with limits of $300,000 per occurrence subject to the terms of the policies.

As a follow-up to our coverage disclaimer letter of February 23, 2005, Penn-America Insurance Company is recently in receipt of a Complaint entitled "Beausoleil vs. Gaulin" filed in Rhode Island Superior Court, CA. No. PSC 06-4333. This suit seeks damages arising from alleged lead paint poisoning suffered by the minor Plaintiff.

The purpose of this letter is to advise you that there is no coverage for this loss under your commercial general liability policy. The reasons for this will be discussed below:

We direct your attention to form S2003 (02/94) entitled **"LEAD CONTAMINATION EXCLUSION"** which is part of your policy and which reads as follows:

**LEAD CONTAMINATION EXCLUSION**

This endorsement modifies coverage found under the following coverage part:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**
**COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY**
**COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY**
**COVERAGE C - MEDICAL PAYMENTS**
**COMMERCIAL PROFESSIONAL LIABILITY COVERAGE PART**

In consideration of the premium charged it is hereby understood and agreed that this policy will not provide coverage, meaning indemnification or defense costs, arising out of:

> "Bodily Injury", "Property Damage", Personal Injury, Advertising Injury, Medical Payments or any other damages because of liability, alleged liability, or occurrence resulting from, caused by, arising out of or in any way connected with:
>
> > The existence of lead, the removal of lead, the testing for lead, or exposure to lead in any form which is or has at any time been present in, on, or near: the insured's premises; or, at any location at which the insured is working or has worked in connection with such existence, removal or testing:
> >
> > 1) Whether or not caused by, at the instigation of, or with the direct or indirect involvement of the insured, the insured's employees or other persons on the insured's premises or work site; or,
> >
> > 2) Whether or not caused by or arising out of the insured's failure to properly supervise or keep the work site in a safe condition.

The aforementioned Complaint alleges injuries suffered by the Plaintiff as the result of lead poisoning sustained while living at the Lonsdale Ave dwelling that you owned. As per the above cited policy language, there is no coverage for injuries resulting, caused by, or arising out of lead paint exposure.

We also direct your attention to form S2002 (02/95) entitled **"COMBINED PROVISIONS ENDORSEMENT"** which is also part of your policy, and reads, in part, as follows:

**COMBINED PROVISIONS ENDORSEMENT**

**PUNITIVE DAMAGES EXCLUSION**

It is part of the conditions of this policy that the Company shall not be liable for any damages awarded against an insured as punitive or exemplary damages.

It is part of the conditions of this policy that the Company shall not be liable for any damages awarded against an insured as punitive or exemplary damages. The aforementioned Complaint contains a count for Punitive Damages arising out of this matter. As per the above cited policy language, your policy specifically excludes coverage for Punitive Damages.

By stating that there is no coverage, we mean that Penn-America Insurance Company will not defend nor indemnify on your behalf in this matter.

We are sorry that we cannot be of further assistance to you at this time. If you possess any information contrary to the contents of this letter, please forward same at your earliest convenience.

There may be other reasons which affect coverage in addition to those cited in this letter. The Company waives none of its rights in relation to raising any other applicable policy provision, condition, or exclusion which may affect coverage.

**You may wish to consult with your own personal attorney, at your own expense, regarding this matter and our disclaimer of coverage.**

Waiving none and reserving to Penn-America Insurance Company all its rights and defenses under and pursuant to Policies PAC 6164376 & PAC 6204469.

Very truly yours,
UNITEDAMERICA INSURANCE GROUP

Robert McWilliams
Litigation Specialist
/lmh

cc: Coe-Hosford Agency, Inc.
2740 Pawtucket Ave.
East Providence, RI 02914
First-Class Mail

Surplex Underwriters, Inc.
P.O. Box 998
Portland, ME 04104
First-Class Mail

Edward John Mulligan
1220 Pontiac Ave., Ste. 303
Cranston, RI 02920
First-Class Mail

**Hovland, Levina**

---

**From:** QuantumView [QuantumViewNotify@ups.com]

**Sent:** Thursday, March 01, 2007 12:57 PM

**To:** Hovland, Levina

**Subject:** UPS Delivery Notification, Tracking Number 1ZR2R2320396833905

***Do not reply to this e-mail. UPS and UNITED NATIONAL GROUP will not receive your reply.

**At the request of UNITED NATIONAL GROUP, this notice is to confirm that the following shipment has been delivered.**

**Important Delivery Information**

---

**Delivery Date / Time:** 01-March-2007 / 11:47 AM
**Driver Release Location:** SIDE DOOR

## Shipment Detail

---

**Ship To:**
c/o Robert J. Gaulin
Muriel Gaulin & Robert J. Gaulin
115243-Robert McWilliams
2937 Pawtucket Ave.
EAST PROVIDENCE
RI
029154962
US

**UPS Service:** GROUND
**Weight:** 1.0 LBS

**Tracking Number:** 1ZR2R2320396833905
**Reference Number 1:** 3.0
**Reference Number 2:** Claims

---

This e-mail contains proprietary information and may be confidential. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this message is strictly prohibited. If you received this message in error, please delete it immediately.

This e-mail was automatically generated by UPS e-mail services at the shipper's request. Any reply to this e-mail will not be received by UPS or the shipper. Please contact the shipper directly if you have questions regarding the referenced shipment or you wish to discontinue this notification service.
____2nn2nn2t8rYbu6zrw3m_-HVx__XmKxaCnmfnrK____