# EXHIBIT 6:
# Policy PAC 6204469 (8/4/01 - 8/4/02)

COMMONWEALTH OF PENNSYLVANIA :
:
COUNTY OF MONTGOMERY :

I, Priscilla K. Priestman, of PENN AMERICA INSURANCE COMPANY, do hereby certify that the attached Policy No. PAC6204469, issued to Muriel Gaulin & Robert J. Gaulin, is a true and complete copy of the policy as reflected in our records at the Home Office.

PENN AMERICA INSURANCE COMPANY

**Note: ONLY APPLICABLE PORTIONS OF POLICY HAVE BEEN ATTACHED TO THIS MEMORANDUM**

Priscilla K. Priestman

Priscilla K. Priestman

Asst. Vice President of Underwriting

Northern Regional Manager

SWORN TO AND SUBSCRIBED

BEFORE ME THIS 19th DAY

OF JULY, 2007.

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Shelley P. Weisberg, Notary Public
Lower Merion Twp., Montgomery County
My Commission Expires April 18, 2011
Member, Pennsylvania Association of Notaries

Shelley P. Weisberg

Notary Public

09-05-2001 01:51 PM

# COMMERCIAL LINES COMMON POLICY DECLARATIONS

PA Group

INSURANCE IS PROVIDED BY THE COMPANY DESIGNATED BY AN "X"

[X] PENN-AMERICA INSURANCE COMPANY

[ ] PENN-STAR INSURANCE COMPANY

Hatboro, Pennsylvania 19040

Stock Company

State Control Number

PAC6164376
Renewal of Number

POLICY NUMBER PAC6204469

THIS INSURANCE CONTRACT HAS BEEN PLACED WITH AN INSURER NOT LICENSED TO DO BUSINESS IN THE STATE OF RHODE ISLAND BUT ELIGIBLE AS A SURPLUS LINES INSURER. THE INSURER IS NOT A MEMBER OF THE RHODE ISLAND INSURERS INSOLVENCY FUND. SHOULD THE INSURER BECOME INSOLVENT, THE PROTECTION AND BENEFITS OF THE RHODE ISLAND INSURERS INSOLVENCY FUND ARE NOT AVAILABLE.

1 NAMED INSURED MURIEL GAULIN & ROBERT J GAULIN
C/O ROBERT J GAULIN

MAILING ADDRESS 2937 PAWTUCKET AVENUE
EAST PROVIDENCE, RI 02915

2 POLICY PERIOD From 08/04/2001 To 08/04/2002 at 12 01 A M
Standard Time at your mailing address shown above

3 FORM OF BUSINESS

X Individual ___ Joint Venture ___ Partnership ___ Organization (other than partnership or joint venture)

4 BUSINESS DESCRIPTION PROPERTY OWNER

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY

5 THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED
THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT

| | | PREMIUM |
|---|---|---|
| Commercial General Liability Coverage Part | $ | 1,002.00 |
| Commercial Property Coverage Part | $ | 2,318.00 |
| Commercial Crime Coverage Part | $ | NOT COVERED |
| Commercial Inland Marine Coverage Part | $ | NOT COVERED |
| Professional Liability Coverage Part | $ | NOT COVERED |
| Liquor Liability Coverage Part | $ | NOT COVERED |
| Commercial Auto Coverage Part | $ | NOT COVERED |
| Commercial Umbrella Coverage Part | $ | NOT COVERED |
| ___ Coverage Part | $ | NOT COVERED |
| 6 TOTAL PREMIUM PAYABLE AT INCEPTION | $ | 3,320.00 |
| Other Charges ___ | $ | |
| Other Charges ___ | $ | |
| Other Charges ___ | $ | |
| Other Charges ___ | $ | |
| TOTAL | $ | 3,320.00 |

2001 AUG 31 AM 9:16

7 FORM(S) AND ENDORSEMENT(S) MADE A PART OF THIS POLICY AT THE TIME OF ISSUE *
PA01411[03-01], IL0017[11-98], S1001(5/94), S1003(8/91), -, S2000(11/97), S3000(11-97)

2001 SEP 4 AM 9:20

*Omits applicable Forms and Endorsements if shown in specific Coverage Part/Coverage Form Declarations

Agency Code. 02205

Countersigned: SURPLEX UNDERWRITERS, INC
WARWICK, RI
SVL 08/28/2001

By ___ Authorized Representative

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART DECLARATIONS, COVERAGE PART COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY

S1100(11/97)

COMPANY COPY

09-05-2001 01:51 PM

Stock Company

Group

# COMMERCIAL GENERAL LIABILITY COVERAGE PART

# DECLARATIONS

2001 AUG 35 AM 9:16

POLICY NUMBER PAC6204469

1 NAMED INSURED MURIEL GAULIN & ROBERT J GAULIN
C/O ROBERT J GAULIN

2 LIMITS OF INSURANCE - INSURANCE APPLIES ONLY FOR COVERAGE FOR WHICH A LIMIT OF INSURANCE IS SHOWN

| | | |
|---|---|---|
| General Aggregate Limit (Other than Products/Completed Operations) | $ 600,000 | |
| Products/Completed Operations Aggregate Limit | $ 300,000 | |
| Each Occurrence Limit | $ 300,000 | |
| Personal & Advertising Injury Limit | $ 300,000 | |
| Fire Damage Limit | $ 50,000 | any one fire |
| Medical Expense Limit | $ 5,000 | any one person |

3 LOCATIONS of all premises you Own, Rent, or Occupy
LOC 1) 1598 LONSDALE AVENUE, LINCOLN, RI 02865
LOC 2) 12-14 BLACKSTONE STREET, CUMBERLAND, RI 02864
LOC 3) 29 WARNER AVENUE, PRUDENCE ISLAND, RI 02872

4

| CLASSIFICATION | CODE # | PREM BASIS | RATES Prod/CO | RATES All Other | ADVANCE PREMIUM Prod/CO | ADVANCE PREMIUM All Other |
|---|---|---|---|---|---|---|
| APARTMENT BUILDINGS- INCL. PROD/COMP-OPS (LOCATION 1) | 60010 | U) 5 | INCLUDED | 110 237 | INCLUDED | 551 |
| DWELLINGS-2 FAMILY (LRO) INCL. PROD/COMP-OPS. (LOCATION 2) | 63011 | T) 1 | INCLUDED | 260.707 | INCLUDED | 261 |
| DWELLINGS-1 FAMILY (LRO) INCL. PROD/COMP-OPS. (LOCATION 3) | 63010 | T) 1 | INCLUDED | 189 897 | INCLUDED | 190 |

Sub-Total from S2001 (if any) $

TOTAL GL PREMIUM $ 1,002.00 Minimum & Deposit

(s) gross sales - per $1000 (c) total cost - per $1000 (m) admissions - per 1000 (e) each
(p) payroll - per $1000 (a) area - per 1000 sq ft (u) units

5 Policy may be AUDITABLE

6 SPECIFIC GENERAL LIABILITY FORMS/ENDORSEMENTS
IL0021[04-98], CG0001 [7-98], CG0057[09-99], CG2139(10/93), CG2144 [7-98], CG2147 [7-98], CG2149 [7-98], CG2160 [09-98], S2002(2/95), S2033(2/94), S2041(02/94)

This page alone does not provide coverage and must be attached to a Commercial Lines Common Policy Declarations Common Policy Conditions, Coverage Part Coverage Form(s) and any other applicable forms and endorsements

S2000 (11/97) COMPANY COPY

# LEAD CONTAMINATION EXCLUSION

This endorsement modifies coverage found under the following coverage part:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**
**COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY**
**COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY**
**COVERAGE C - MEDICAL PAYMENTS**
**COMMERCIAL PROFESSIONAL LIABILITY COVERAGE PART**

In consideration of the premium charged it is hereby understood and agreed that this policy will not provide coverage, meaning indemnification or defense costs, arising out of:

"Bodily Injury", "Property Damage", Personal Injury, Advertising Injury, Medical Payments or any other damages because of liability, alleged liability, or occurrence resulting from, caused by, arising out of or in any way connected with:

The existence of lead, the removal of lead, the testing for lead, or exposure to lead in any form which is or has at any time been present in, on, or near: the insured's premises; or, at any location at which the insured is working or has worked in connection with such existence, removal or testing:

1) Whether or not caused by, at the instigation of, or with the direct or indirect involvement of the insured, the insured's employees or other persons on the insured's premises or work site; or,

2) Whether or not caused by or arising out of the insured's failure to properly supervise or keep the work site in a safe condition.

# COMBINED PROVISIONS ENDORSEMENT

This endorsement modifies insurance provided under the following:

**Commercial General Liability Coverage Part ▪ Commercial Professional Liability Coverage Part**

In consideration of the premium charged it is agreed that the following special provisions apply to this policy.

## PUNITIVE DAMAGES EXCLUSION

It is part of the conditions of this policy that the Company shall not be liable for any damages awarded against an insured as punitive or exemplary damages.

## ASBESTOS EXCLUSION

In consideration of the premium charged, it is hereby understood and agreed that this policy will not provide coverage, meaning indemnification or defense costs arising out of:

(A) Asbestos or any asbestos related bodily injury or property damage; or
(B) Any alleged act, error, omission or duty involving asbestos, its use, exposure, presence, existence, detection, removal, elimination, transportation, disposal or avoidance; or
(C) The use, exposure, presence, existence, detection, removal, elimination or avoidance of asbestos in any environment, building or structure.

## EARTH MOVEMENT EXCLUSION

In consideration of the premium charged, it is understood and agreed that this policy specifically excludes and does not extend to or provide coverage or indemnity for any claim of liability for bodily injury or property damage caused by, resulting from, attributable or contributed to, or aggravated by the subsidence or movement of land as a result of earthquake, landslide, mudflow, earth sinking or shifting, resulting from, aggravated by or contributed to by operations of the named insured or any subcontractor of the named insured.

# AMENDMENT OF INSURING AGREEMENT KNOWN INJURY OR DAMAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART (OCCURRENCE VERSION)

Paragraph **1. Insuring Agreement** of **Section I - Coverage A -Bodily Injury And Property Damage Liability** is replaced by the following:

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section III Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments Coverages **A** and **B**.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insur

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

 Copyright, Insurance Services Office, Inc., 1999 

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II - Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V - Definitions.

**SECTION I - COVERAGES**

**COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

1. **Insuring Agreement**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

      (1) The amount we will pay for damages is limited as described in Section III - Limits Of Insurance; and

      (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

      No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B**.

   b. This insurance applies to "bodily injury" and "property damage" only if:

      (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory"; and

      (2) The "bodily injury" or "property damage" occurs during the policy period.

   c. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

2. **Exclusions**

   This insurance does not apply to:

   a. **Expected Or Intended Injury**

      "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

   b. **Contractual Liability**

      "Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

      (1) That the insured would have in the absence of the contract or agreement; or

      (2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

         (a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

 Copyright, Insurance Services Office, Inc., 1997 
INSURED