# EXHIBIT 9:
# Policy PAC 6164376 (8/4/00 - 8/4/01)

COMMONWEALTH OF PENNSYLVANIA :
:
COUNTY OF MONTGOMERY :

I, Priscilla K. Priestman, of PENN AMERICA INSURANCE COMPANY, do hereby certify that the attached Policy No. PAC6164376, issued to Muriel Gaulin & Robert J. Gaulin, is a true and complete copy of the policy as reflected in our records at the Home Office.

PENN AMERICA INSURANCE COMPANY

**Note: ONLY APPLICABLE PORTIONS OF POLICY HAVE BEEN ATTACHED TO THIS MEMORANDUM**

Priscilla K. Priestman

Priscilla K. Priestman
Asst. Vice President of Underwriting
Northern Regional Manager

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 19th DAY
OF JULY, 2007.

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Shelley P. Weisberg, Notary Public
Lower Merion Twp., Montgomery County
My Commission Expires April 18, 2011
Member, Pennsylvania Association of Notaries

Shelley P. Weisberg
Notary Public

09-20-2000 09:43 AM

# COMMERCIAL LINES COMMON POLICY DECLARATIONS

PA Group

INSURANCE IS PROVIDED BY THE COMPANY DESIGNATED BY AN "X":

[X] PENN-AMERICA INSURANCE COMPANY

[ ] PENN-STAR INSURANCE COMPANY

Stock Company

Hatboro, Pennsylvania 19040

State Control Number

PAC6118275 2205

Renewal of Number

POLICY NUMBER: PAC6164376

THIS INSURANCE CONTRACT HAS BEEN PLACED WITH AN INSURER NOT LICENSED TO DO BUSINESS IN THE STATE OF RHODE ISLAND BUT ELIGIBLE AS A SURPLUS LINES INSURER. THE INSURER IS NOT A MEMBER OF THE RHODE ISLAND INSURERS INSOLVENCY FUND. SHOULD THE INSURER BECOME INSOLVENT, THE PROTECTION AND BENEFITS OF THE RHODE ISLAND INSURERS INSOLVENCY FUND ARE NOT AVAILABLE.

1. NAMED INSURED: MURIEL GAULIN & ROBERT J. GAULIN

MAILING ADDRESS: C/O ROBERT J. GAULIN
2937 PAWTUCKET AVENUE
EAST PROVIDENCE, RI 02915

2. POLICY PERIOD: From 08/04/2000 To 08/04/2001 at 12:01 A.M. Standard Time at your mailing address shown above.

3. FORM OF BUSINESS:

X Individual ___ Joint Venture ___ Partnership ___ Organization (other than partnership or joint venture)

4. BUSINESS DESCRIPTION: PROPERTY OWNER

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

5. THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

| | | PREMIUM |
|---|---|---|
| Commercial General Liability Coverage Part | $ | 870 |
| Commercial Property Coverage Part | $ | 2,015 |
| Commercial Crime Coverage Part | $ | NOT COVERED |
| Commercial Inland Marine Coverage Part | $ | NOT COVERED |
| Professional Liability Coverage Part | $ | NOT COVERED |
| Liquor Liability Coverage Part | $ | NOT COVERED |
| Commercial Auto Coverage Part | $ | NOT COVERED |
| Commercial Umbrella Coverage Part | $ | NOT COVERED |
| ________ Coverage Part | $ | |

FA

2000 SEP 18 PM 12:31
PENN-AMERICA INSURANCE CO.

| | | |
|---|---|---|
| 6. TOTAL PREMIUM PAYABLE AT INCEPTION | $ | 2,885.00 |
| Other Charges | $ | |
| Other Charges | $ | |
| Other Charges | $ | |
| Other Charges | $ | |
| TOTAL | $ | 2,885.00 |

7. FORM(S) AND ENDORSEMENT(S) MADE A PART OF THIS POLICY AT THE TIME OF ISSUE: *
IL0017[11-98], S1001(5/94), S1003(6/91), barcode, S2000(11/97), S3000(11-97)

*Omits applicable Forms and Endorsements if shown in specific Coverage Part/Coverage Form Declarations.

Agency Code: 02205

Countersigned: WARWICK, RI

By [signature]
Authorized Representative

JT 08/21/2000

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART DECLARATIONS, COVERAGE PART COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

S1100(11/97)

COMPANY COPY

09-20-2000 09:43 AM

Stock Company

# COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS

POLICY NUMBER: PAC6164376

1. NAMED INSURED: MURIEL GAULIN & ROBERT J. GAULIN

2. LIMITS OF INSURANCE - INSURANCE APPLIES ONLY FOR COVERAGE FOR WHICH A LIMIT OF INSURANCE IS SHOWN.

| | | |
|---|---|---|
| General Aggregate Limit (Other than Products/Completed Operations) | $ 600,000 | |
| Products/Completed Operations Aggregate Limit | $ 300,000 | |
| Each Occurrence Limit | $ 300,000 | |
| Personal & Advertising Injury Limit | $ 300,000 | |
| Fire Damage Limit | $ 50,000 | any one fire |
| Medical Expense Limit | $ 5,000 | any one person |

3. LOCATIONS of all premises you Own, Rent, or Occupy
   1) 1598 LONSDALE AVE., LINCOLN, RI 02865
   2) 12-14 BLACKSTONE ST., CUMBERLAND, RI 02864
   3) WARNER AVE., PRUDENCE ISLAND, RI 02872

4. CLASSIFICATION

| CLASSIFICATION | CODE # | PREM. BASIS | RATES Prod/CO | RATES All Other | ADVANCE PREMIUM Prod/CO | ADVANCE PREMIUM All Other |
|---|---|---|---|---|---|---|
| APARTMENT BUILDINGS -INCL. PROD/COMP-OPS (LOC 1) | 60010 | U) 5 | INCL | 118.20 | INCL | $591.00 |
| DWELLINGS-2-FAMILY (LRO) -INCL. PROD/COMP-OPS (LOC 2) | 63011 | T) 1 | INCL | 157 | INCL | $157.00 |
| DWELLINGS-1-FAMILY (LRO) -INCL. PROD/COMP-OPS (LOC 3) | 63010 | T) 1 | INCL | 122 | INCL | $122.00 |

Sub-Total from S2001 (If any) $

TOTAL GL PREMIUM $ 870.00

(s) gross sales - per $1000
(p) payroll - per $1000
(c) total cost - per $1000
(a) area - per 1000 sq. ft.
(m) admissions - per 1000
(u) units
(e) each

5. Policy may be AUDITABLE

6. SPECIFIC GENERAL LIABILITY FORMS/ENDORSEMENTS
   IL0021[04-98], CG0001 [7-98], CG2139(10/93), CG2144 [7-98], CG2147 [7-98], CG2149 [7-98], CG2160[09-98], S2002(2/95), S2032(1/93), S2033(2/94), S2041(02/94), CODEPAGE

This page alone does not provide coverage and must be attached to a Commercial Lines Common Policy Declarations Common Policy Conditions, Coverage Part Coverage Form(s) and any other applicable forms and endorsements.

# LEAD CONTAMINATION EXCLUSION

This endorsement modifies coverage found under the following coverage part:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY
COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY
COVERAGE C - MEDICAL PAYMENTS
COMMERCIAL PROFESSIONAL LIABILITY COVERAGE PART

In consideration of the premium charged it is hereby understood and agreed that this policy will not provide coverage, meaning indemnification or defense costs, arising out of:

"Bodily Injury", "Property Damage", Personal Injury, Advertising Injury, Medical Payments or any other damages because of liability, alleged liability, or occurrence resulting from, caused by, arising out of or in any way connected with:

The existence of lead, the removal of lead, the testing for lead, or exposure to lead in any form which is or has at any time been present in, on, or near: the insured's premises; or, at any location at which the insured is working or has worked in connection with such existence, removal or testing:

1) Whether or not caused by, at the instigation of, or with the direct or indirect involvement of the insured, the insured's employees or other persons on the insured's premises or work site; or,

2) Whether or not caused by or arising out of the insured's failure to properly supervise or keep the work site in a safe condition.

# COMBINED PROVISIONS ENDORSEMENT

This endorsement modifies insurance provided under the following:

**Commercial General Liability Coverage Part ▪ Commercial Professional Liability Coverage Part**

In consideration of the premium charged it is agreed that the following special provisions apply to this policy.

## PUNITIVE DAMAGES EXCLUSION

It is part of the conditions of this policy that the Company shall not be liable for any damages awarded against an insured as punitive or exemplary damages.

## ASBESTOS EXCLUSION

In consideration of the premium charged, it is hereby understood and agreed that this policy will not provide coverage, meaning indemnification or defense costs arising out of:

(A) Asbestos or any asbestos related bodily injury or property damage; or
(B) Any alleged act, error, omission or duty involving asbestos, its use, exposure, presence, existence, detection, removal, elimination, transportation, disposal or avoidance; or
(C) The use, exposure, presence, existence, detection, removal, elimination or avoidance of asbestos in any environment, building or structure.

## EARTH MOVEMENT EXCLUSION

In consideration of the premium charged, it is understood and agreed that this policy specifically excludes and does not extend to or provide coverage or indemnity for any claim of liability for bodily injury or property damage caused by, resulting from, attributable or contributed to, or aggravated by the subsidence or movement of land as a result of earthquake, landslide, mudflow, earth sinking or shifting, resulting from, aggravated by or contributed to by operations of the named insured or any subcontractor of the named insured.