UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT GAULIN, Plaintiff, | ) | |
| v. | ) | DOCKET NO: 07-0165 ML |
| PENN-AMERICA INSURANCE GROUP, INC., Defendant. | ) | |

**PENN-AMERICA INSURANCE GROUP, INC.'S (mis-identified)**
**STATEMENT OF UNDISPUTED FACT**

Defendant Penn-America Insurance Group, Inc., pursuant to Local Rule 56(a)(1) Penn-America states the following as undisputed facts in support of his motion for summary judgment:

1. Penn-America policy PAC 6164376 had effective dates of 8/4/2000 to 8/4/2001. Exhibit 9 (policy PAC 6164376).

2. Penn-America policy PAC 6204469 had effective dates of 8/4/2001 to 8/4/2002. Exhibit 6 (policy PAC 6204469).

3. Penn-America policies PAC 6164376 and PAC 6204469 contain identical exclusions for lead contamination and punitive damages. Exhibits 6 & 9 (both policies).

4. Penn-America policies PAC 6164376 and PAC 6204469 are commercial lines policies with named insureds as "Muriel Gaulin & Robert J. Gaulin." Exhibits 6 & 9 (both policies).

5. Penn-America policies PAC 6164376 and PAC 6204469 list, amongst other locations, "1598 Lonsdale Avenue, Lincoln, RI 02865" on the "Commercial General Liability Coverage Part, Declarations" page. Exhibits 6 & 9 (both policies).

6. In a letter dated January 21, 2005, the Beausoleils attorney informed Robert Gaulin's insurance agent that the Beausoleils had moved into the property at 1598 Lonsdale Avenue, Lincoln, RI, in approximately March 2001. Exhibit 2

7. In a letter dated January 21, 2005, the Beausoleils attorney informed Robert Gaulin's insurance agent that minor Jeremy Beausoleil, on August 30, 2001, had been lead poisoned at 1598 Lonsdale Avenue, Lincoln, RI. Exhibit 2.



635872v1

8. In a letter dated January 21, 2005, the Beausoleils attorney informed Robert Gaulin's insurance agent that on October 2, 2001, a lead inspection had found damaged and chipped lead paint at 1598 Lonsdale Avenue, Lincoln, RI. Exhibit 2.

9. In letter dated January 21, 2005, the Beausoleils attorney informed Robert Gaulin's insurance agent that the Beausoleils had noticed a change in the behavior of their son "since his lead poisoning." Exhibit 2

10. Penn-America sent a letter dated February 23, 2005, to the Gaulins, informing them that there was no coverage for defense and/or indemnification for the claims of the Beausoleils. This letter was sent via certified mail and first-class mail. Exhibit 3.

11. Penn-America's coverage denial letter of February 23, 2005, cited to the Lead Contamination Exclusion contained in policies PAC 6164376 and PAC 6204469. Exhibit 3.

12. In a fax dated January 23, 2007, Robert Gaulin's attorney faxed the Beausoleil complaint to Penn-America. Exhibit 4.

13. Penn-America sent a letter dated February 26, 2007, to the Gaulins, referenced the Beausoleil complaint, and informed the Gaulins that that there was no coverage for defense and/or indemnification for the claims of the Beausoleils. This letter was sent UPS Ground and first-class mail. Exhibit 4.

14. Penn-America's coverage denial letter of February 26, 2007, cited to the Lead Contamination Exclusion and Punitive Damages Exclusion contained in policies PAC 6164376 and PAC 6204469. Exhibit 3.

15. The Beausoleil complaint alleges injuries arising out of exposure to lead or lead-based materials located at 1598 Lonsdale Avenue, Lincoln, RI. Exhibit 1.

16. The Lead Contamination Exclusion contained in policies PAC 6164376 and PAC 6204469 is identical, and is form S2033 (2/94). Exhibits 6 & 9 (both policies); Exhibit 7.

17. The Lead Contamination Exclusion contained in policies PAC 6164376 and PAC 6204469 is clear and unambiguous. Exhibits 6 & 9 (both policies); Exhibit 7.

18. The Punitive Damages Exclusion contained in policies PAC 6164376 and PAC 6204469 is identical, and is form S2002 (2/95). Exhibits 6 & 9 (both policies); Exhibit 7.

19. The Punitive Damages Exclusion contained in policies PAC 6164376 and PAC 6204469 is clear and unambiguous. Exhibits 6 & 9 (both policies); Exhibit 7.

PENN-AMERICA INSURANCE
GROUP, INC. (*mis-identified),*
By its attorneys,
MORRISON MAHONEY LLP,

/ s/ Paul Sullivan

Paul V. Sullivan (#5712)
121 South Main Street, Suite 600
Providence, RI 02903
Tel: (401) 331-4660
Fax: (401) 351-4420
pvsullivan@morrisonmahoney.com

**CERTIFICATE OF SERVICE**

I hereby certify that an exact copy of the within document was electronically mailed to the Electronic Case Filing system of the Unite States District Court for its distribution to all counsel of record, this 21st day of October, 2007.

/ s / Paul Sullivan

Paul V. Sullivan