UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ROBERT GAULIN,<br>Plaintiff,<br><br>VS.<br><br>PENN-AMERICA INSURANCE GROUP, INC.,<br>Defendant | CA NO.: 07-0165 ML<br><br>PLAINTIFF ROBERT GAULIN'S AFFIDAVIT IN SUPPORT OF HIS OPPOSITION TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

PLAINTIFF ROBERT GAULIN'S AFFIDAVIT IN SUPPORT OF HIS OPPOSITION TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

NOW COMES the plaintiff, Robert Gaulin, who makes the following Affidavit in Support of His Opposition to the Defendant's Motion for Summary Judgment, as follows:

1. That I sought liability insurance coverage for three properties, for myself and my mother, Muriel Gaulin, one for the subject property at 1598 Lonsdale Avenue, Lincoln, R.I. and for the other two dwellings, with Coe-Hosford Agency of East Providence, R.I., whom I understood to be the agent and representative of the defendant Penn-America Insurance, and that it held itself out as such.

2. That I explained that I wanted complete coverage, as it was rental property.

3. That I was never informed that there was no coverage for any lead paint injury to any tenant or their children by the defendant's agent or representative, Coe-Hosford, otherwise, I would never have purchased the policy form the defendant.

4. That it was my understanding that the policy that I purchased would provide and did provide coverage for any lead paint injury to any tenant or their children.

5. That my mother, Muriel Gaulin, at the time of the purchase of the policy from the defendant, was confined to a nursing home and was unable to understand or carry out any business, due to her mental condition.

6. That my mother died on March 21, 2005.

7. That in September of 2006, I was served with a Summons and Complaint for the underlying suit by the Beausoleils, filed with the Superior Court.

8. That it is my understanding that these papers were turned over to the defendant's agent and representative, Coe-Hosford, right away, and was forwarded by them to the defendant insurance company.

9. That some four months later, I understand the Beausoleils' attorney contacted my attorney to advise him that no Answer had been filed to the Complaint by the defendant insurance company, at all.

10. As stated in the defendant's Undisputed Statement of Fact, my attorney faxed a copy of the underlying complaint to defendant, at this time, on January 23, 2007.

11. That for the next twenty plus days, no response was sent by the defendant insurance company regarding the answering of said case, which was long overdue.

12. That the actions and/or inactions of the defendant put me in jeopardy and civil risk.

I, Robert Gaulin, on oath depose and say that I have read the foregoing Affidavit and that the same is true to the best of my knowledge and belief.

DATED: At Cumberland, Rhode Island this 31st day of October, 2007.

/s/ Robert Gaulin

_______________________________

*Robert Gaulin*

Subscribed and sworn to before me this 31st day of October, 2007 at Cumberland, R.I.

/s/ Edward John Mulligan

___________________________

*Edward John Mulligan*
Notary Public

CERTIFICATION OF SERVICE

I hereby certify that an exact copy of the within document was electronically mailed to Electronic Case Filing System of the United States District Court for distribution to all counsel of record this 31st day of October, 2007

/s/ *Edward John Mulligan*

___________________________________

*Edward John Mulligan*, # 0143