UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ROBERT GAULIN,<br>Plaintiff,<br><br>VS.<br><br>PENN-AMERICA INSURANCE GROUP, INC.,<br>Defendant | CA NO.: 07-0165 ML<br><br>PLAINTIFF ROBERT GAULIN'S OBJECTION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND HIS CROSS-MOTION FOR SUMMARY JUDGMENT ON DUTY TO DEFEND |

PLAINTIFF ROBERT GAULIN'S OBJECTION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND HIS CROSS-MOTION FOR SUMMARY JUDGMENT ON DUTY TO DEFEND

NOW COMES the plaintiff, Robert Gaulin, who, by and through his attorney files this OBJECTION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND HIS CROSS-MOTION FOR SUMMARY JUDGMENT ON DUTY TO DEFEND, as follows:

Plaintiff would assert that the crux of this case is whether vel non there is a duty to defend the subject predicate case filed in the Superior Court for Providence County, and, this being a state action, the court under Rhode Island law looks at the four corners of the exhibit complaint, attached to defendant's motion, to first determine if there is a duty to defend.

Plaintiff would assert that there is a duty to defend, there are disputed material facts, and,

therefore, the defendant's motion for summary judgment ought to be denied, and the matter remanded to the Providence Superior Court.

DATED: At Cumberland, Rhode Island this 31st day of October, 2007.

/s/ *Edward John Mulligan*

*Edward John Mulligan*, # 0143
2176 Mendon Road, Bld D, Suite 3000
Cumberland, R.I. 02864
Tel (401) 335-3353
Fax (401) 335-3350
e-mail: ejmull @ cox. net
Attorney for plaintiff, Robert Gaulin

CERTIFICATION OF SERVICE

I hereby certify that an exact copy of the within document was electronically mailed to Electronic Case Filing System of the United States District Court for distribution to all counsel of record this 31st day of October, 2007.

/s/ *Edward John Mulligan*

*Edward John Mulligan*, # 0143