UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ROBERT GAULIN,<br>Plaintiff,<br><br>VS.<br><br>PENN-AMERICA INSURANCE GROUP, INC.,<br>Defendant | CA NO.: 07-0165 ML<br><br>PLAINTIFF ROBERT GAULIN'S OPPOSITION TO DEFENDANT'S STATEMENT OF UNDISPUTED FACT |

PLAINTIFF ROBERT GAULIN'S OPPOSITION TO DEFENDANT'S
STATEMENT OF UNDISPUTED FACT

NOW COMES the plaintiff, Robert Gaulin, who, by and through his attorney files this OPPOSITION TO THE DEFENDANT'S STATEMENT OF UNDISPUTED FACT Nos. 6, 7, 8, 9,13, 14, and 15 as follows:

As to Nos. 6, 7, 8, and 9, all of which reference a letter dated January 21, 2005, Exhibit 2, by Beasusoleils' attorney–who along with his clients are not a party to the action before this court, plaintiff admits such letter was published to a third-party, which defendant asserts is Robert Gaulin's insurance agent. Robert Gaulin would contend that this "insurance agent," was believed by Robert Gaulin to be the insurance agent of the defendant, and, would therefore deny that it is a disputed fact as to whether or not this agent was Robert Gaulin's insurance agent.

Moreover, the letter speaks for itself and is self- serving. As such it does not establish undisputed facts, nor does said letter fall within the four corners of the subject Complaint, upon which the issue of the duty to defend vel non is to be predicated and

decided. Therefore, plaintiff objects that Nos. 6, 7, 8 and 9 are each a statement of undisputed fact.

As to No. 13, which states: Penn-America sent a letter dated February 26, 2007 to the Gaulins, referenced the Gaulins that there was no coverage for defense and/or indemnification for the claims fo the Beausoleils. This letter was sent UPS ground and first-class mail. Exhibit 4. Plaintiff did not sign for such letter and did not receive such letter. Furhermore, Muriel Gaulin, who is referenced by defendant in its Statement of Undisputed Fact, was then deceased.

As to No. 14, plaintiff not having received said February 26, 2007 letter, as stated by the defendant, the same is not an undisputed fact.

As to No. 15. The Beasusoleil complaint alleges injuries arising out of exposure to lead or lead-based material at 1598 Lonsdale Avenune, R.I. Exhibit 1. The complaint references additional items and claims, including negligence, and speaks for itself.

DATED: At Cumberland, Rhode Island this 31st day of October, 2007.

/s/ *Edward John Mulligan*

*Edward John Mulligan*, # 0143
2176 Mendon Road, Bld D, Suite 3000
Cumberland, R.I. 02864
Tel (401) 335-3353
Fax (401) 335-3350
e-mail: ejmull @ cox. net
Attorney for plaintiff, Robert Gaulin

CERTIFICATION OF SERVICE

I hereby certify that an exact copy of the within document was electronically mailed to Electronic Case Filing System of the United States District Court for distribution to all counsel of record this 31st day of October, 2007

/s/ *Edward John Mulligan*

*Edward John Mulligan*, # 0143