UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ROBERT GAULIN,<br>Plaintiff,<br><br>v.<br><br>PENN-AMERICA INSURANCE GROUP, INC.,<br>Defendant. | DOCKET NO: 07-0165 ML |

**PENN-AMERICA INSURANCE GROUP, INC.'S (mis-identified) OBJECTIONS TO PLAINTIFF GAULIN'S STATEMENT OF UNDISPUTED FACT**

Defendant Penn-America Insurance Group, Inc., objects to plaintiff Gaulin's statement of undisputed fact, docketed as Document #10, and states the following:

**Objection to paragraphs 1-11:** Local Rule 56(2) requires that in the statement of undisputed facts, each undisputed fact "shall identify the evidence establishing that fact, including the page and line of any document to which reference is made, unless opposing counsel has expressly acknowledged that the fact is undisputed." Penn-America objects to all plaintiff's alleged undisputed facts, paragraphs 1 through 11, inclusive, on the grounds that there is no evidence referenced to support those facts, and defense counsel does not expressly acknowledge that these facts are undisputed.

**Objection to paragraphs 1-3, and 5-11:** As to each individual alleged undisputed fact (except for paragraph 4 dealing with service of underlying complaint), Penn-America disputes and denies that these are "undisputed facts." Additionally, Penn-America notes that several of these alleged undisputed facts are not relevant, as they do not pertain to this specific case (i.e.

paragraphs 9-11), and/or involve apparent errors and omissions allegations against a non-party insurance agent, and not this defendant (paragraphs 1-3).

PENN-AMERICA INSURANCE
GROUP, INC. *(mis-identified),*
By its attorneys,
MORRISON MAHONEY LLP,

/ s/ Paul Sullivan

Paul V. Sullivan (#5712)
121 South Main Street, Suite 600
Providence, RI 02903
Tel: (401) 331-4660
Fax: (401) 351-4420
pvsullivan@morrisonmahoney.com

**CERTIFICATE OF SERVICE**

I hereby certify that an exact copy of the within document was electronically mailed to the Electronic Case Filing system of the United States District Court for its distribution to all counsel of record, this 5th day of November, 2007.

/ s / Paul Sullivan

Paul V. Sullivan