UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT GAULIN,<br>Plaintiff,<br>v.<br>PENN-AMERICA INSURANCE<br>GROUP, INC.,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>) | DOCKET NO: 07-0165 ML |

**PENN-AMERICA INSURANCE GROUP, INC.'S OBJECTION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Defendant Penn-America Insurance Group, Inc., objects to plaintiff's cross-motion for summary judgment. In support of this objection, defendant Penn-America relies upon the arguments raised and positions taken in Penn-America's previously filed motion for summary judgment (Document #8), the memorandum of law in support of that summary judgment motion (Document #8-2), the statement of undisputed facts in support of that motion (Document #9), and the exhibits filed in support of that motion (Document #s 8-3 through 8-11, inclusive). Additionally, Penn-America relies upon its Reply Memorandum; Penn-America's objections to plaintiff's alleged undisputed facts; the Reply Memorandum's statement of undisputed facts; and all further exhibits submitted in support of the Reply Memorandum.

Wherefore, Defendant Penn-America requests this court deny plaintiff's cross-motion for summary judgment, and grant Penn-America's motion for summary judgment.

PENN-AMERICA INSURANCE
GROUP, INC. (*mis-identified)*,
By its attorneys,
MORRISON MAHONEY LLP,

/ s/ Paul Sullivan

Paul V. Sullivan (#5712)
121 South Main Street, Suite 600
Providence, RI 02903
Tel: (401) 331-4660
Fax: (401) 351-4420
pvsullivan@morrisonmahoney.com

644140v1

**CERTIFICATE OF SERVICE**

I hereby certify that an exact copy of the within document was electronically mailed to the Electronic Case Filing system of the Unite States District Court for its distribution to all counsel of record, this of 5th day of November, 2007.

/ s / Paul Sullivan

Paul V. Sullivan