# EXHIBIT 10:
# Superior Court Docket Sheet

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-4333 LEE ANN BEAUSOLEIL V ROBERT J GAULIN

Filing Date: 08-18-2006
Case Status: UNASSIGNED

Case Type: LEAD CASES
Status Date: 08-18-2006

| | |
|---|---|
| Plaintiff: LEE ANN BEAUSOLEIL<br>ID: @10857648 | Attorney: JONATHAN ORENT<br>Attorney: JOHN MCCONNELL<br>Attorney: ROBERT MCCONNELL<br>Attorney: VINCENT GREENE |
| Plaintiff: RONNY BEAUSOLEIL<br>ID: @10857649 | Attorney: JONATHAN ORENT<br>Attorney: JOHN MCCONNELL<br>Attorney: ROBERT MCCONNELL<br>Attorney: VINCENT GREENE |
| Plaintiff: JEREMY BEAUSOLEIL<br>ID: @10857650 | Attorney: JONATHAN ORENT<br>Attorney: JOHN MCCONNELL<br>Attorney: ROBERT MCCONNELL<br>Attorney: VINCENT GREENE |
| Defendant: ROBERT GAULIN<br>ID: @10857652 | Attorney: EDWARD MULLIGAN |

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 08-18-2006 | COMPLAINT FILED | |
| 08-18-2006 | INITIAL FILING FEE | |
| 08-18-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCP232101. |
| 03-27-2007 | ANSWER FILED | Affiliated: GAULIN, ROBERT J |
| 06-04-2007 | ANSWERS TO INTEROGG FILED | Affiliated: BEAUSOLEIL, RONNY |