UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT GAULIN,<br>Plaintiff, | ) | |
| v. | ) | DOCKET NO: 07-0165 ML |
| PENN-AMERICA INSURANCE GROUP, INC.,<br>Defendant. | ) | |

**PENN-AMERICA INSURANCE GROUP, INC.'S REPLY BRIEF'S STATEMENT OF UNDISPUTED FACT**

Defendant Penn-America Insurance Group, Inc., pursuant to Local Rule 56(a)(1) Penn-America states the following as undisputed facts in support of its Reply Memorandum to plaintiff's opposition to its motion for summary judgment:

1. There was no prejudice to Robert Gaulin in the underlying Beausoleil lawsuit, as the plaintiff did not seek to default him. Plaintiff Gaulin has filed an answer to that complaint. Exhibit 10 (underlying Beausoleil case docket sheet).

PENN-AMERICA INSURANCE
GROUP, INC. *(mis-identified),*
By its attorneys,
MORRISON MAHONEY LLP,

/ s/ Paul Sullivan

Paul V. Sullivan (#5712)
121 South Main Street, Suite 600
Providence, RI 02903
Tel: (401) 331-4660
Fax: (401) 351-4420
pvsullivan@morrisonmahoney.com

**CERTIFICATE OF SERVICE**

I hereby certify that an exact copy of the within document was electronically mailed to the Electronic Case Filing system of the United States District Court for its distribution to all counsel of record, this 5th day of November, 2007.

/ s / Paul Sullivan

Paul V. Sullivan