UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ROBERT GAULIN

v. CA 07-165ML

PENN-AMERICA GROUP, INC.

MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's objection to a Report and Recommendation issued by Magistrate Judge Almond on December 17, 2007. This Court has reviewed the Report and Recommendation and Plaintiff's objection. Having done so, this Court finds that Magistrate Judge Almond's recitation of the undisputed facts and his application of pertinent case law are both sound and fully supported by the record.

Accordingly, this Court adopts the Report and Recommendation in its entirety. Defendant's Motion for Summary Judgment is GRANTED.

SO ORDERED:

Mary M. Lisi

Mary M. Lisi
Chief United States District Judge
January 2, 2008