# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**ROBERT GAULIN**

**VS.** **C.A. NO. 07-165ML**

**PENN-AMERICA GROUP, INC.**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

**Judgment shall enter for the defendant, Penn-America Group, Inc., against the plaintiff, Robert Gaulin, pursuant to the Memorandum and Order dated January 2, 2008 accepting the Report and Recommendation of Magistrate Judge Lincoln D. Almond GRANTING defendant's Motion for Summary Judgment.**

Enter:

Barbara Barletta

Deputy Clerk

DATED: January 3, 2008